



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

March 30, 1939

Hon. J. Franklin Spears
Chairman, Subcommittee on Finance,
The Senate,
Austin, Texas

Dear Senator Spears:

Opinion No. O-538
Re:  Validity of judgment against
the state.

In your letter of March 22, 1939, you requested
an opinion from this department on the legality of the
judgment in the case of Abilene Plumbing Supply Company,
Inc. vs. The State of Texas, being cause No. 52,100 in the
126th Judicial District of Travis County, Texas, in con-
nection with Senate Bill No. 44, which provides for an ap-
propriation of money to pay off such judgment.

In reply to your request we wish to state that
the Legislature in House Concurrent Resolution No. 56 on
May 18, 1933, gave permission for the bringing of this
lawsuit in an amount not to exceed $1861.20, which was ap-
proved by the Governor on May 26, 1933, and pursuant to
such permission, judgment was rendered against the State
of Texas and the Board of Control and the members thereof,
in their official capacity, for $1861.20, plus 6% from the
date of judgment) on June 16, 1934, in the trial court,
which judgment was affirmed by the Court of Civil Appeals
for the Third Supreme Judicial District on December 12,
1934, in cause styled Franklin Brothers et al vs. Standard
Manufacturing Company et al, as shown in 78 S. W. (2) 294.
On February 9, 1938, the Supreme Court of Texas, after hav-
ing granted a writ of error in such case, dismissed same
on the ground that the application for writ of error did
not set out that a motion for rehearing had been filed in
the Court of Civil Appeals.  The mandate was issued from
the Court of Civil Appeals to the District Court of Travis
County on December 10, 1938.

480

It is the opinion of this department that the judgment is final and that the Legislature, if it so desires, may appropriate sufficient money to pay off such judgment.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By      Durward D. Mahon

Durward D. Mahon
Assistant

DDM-MR

APPROVED:

FIRST ASSISTANT ATTORNEY GENERAL